THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 William A. Seawright, Appellant.
 
 
 

Appeal From Spartanburg County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2006-UP-045
Submitted January 1, 2006  Filed January 20, 2006

AFFIRMED

 
 
 
 Acting Chief Attorney Joseph L. Savitz III, of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Assistant Attorney General Melody J. Brown, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM: William A. Seawright appeals his convictions for murder and assault and battery with intent kill.  Specifically, Seawright argues the trial court erred in failing to charge the jury that the State bears the burden of disproving self-defense beyond a reasonable doubt.  We affirm pursuant to Rule 220, SCACR and the following authority: State v. Perez, 334 S.C. 563, 565-66, 514 S.E.2d 754, 755 (1999) (finding arguments not raised to and ruled upon by the trial court are not preserved for appellate review).
AFFIRMED.[1]
HEARN, C.J., HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral arguments pursuant to Rule 215, SCACR.